Argued January 17, remanded for entry of an appropriate judgment order January 18, reconsideration denied February 23, petition for review denied March 15, 1977

STATE OF OREGON, *Respondent,*
*v.*
KENNETH MILES, *Appellant.*
(CA 6759, 76-143-C)
558 P2d 353

Gary D. Babcock, Public Defender and Robert C. Cannon, Deputy Public Defender, Salem, for appellant.

W. Michael Gillette, Solicitor General, Salem, for respondent.

Before Schwab, Chief Judge, and Lee and Tanzer, Judges.

PER CURIAM.

Remanded for entry of an appropriate judgment order. *State v. Morales,* 21 Or App 827, 537 P2d 109, 22 Or App 470, 539 P2d 1112, Sup Ct *review denied* (1975).